# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5294
_____

TAMMY S. BOYETTE,

    Appellant,

    v.

BRAD R. PARRISH and NEWMANS
HEATING and AIR CONDITIONING,
INC., A Florida Corporation,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

January 16, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., JAY, J., and LONG, JR., ROBERT E., ASSOCIATE
JUDGE, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jack J. Fine and Julie Aleve Fine of Fine, Farkash & Parlapiano, P.A., Gainesville, for Appellant.

Michael J. Korn of Korn & Zehmer, P.A., Jacksonville; Edward M. Booth, Jr. and Courtney M. Johnson of Quintairos Prieto Wood & Boyer, P.A., Jacksonville, for Appellees.